UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA LEMA, ROBERT SHULL, CHRISTOPHER STADULIS, LAURIE VALENTI, and IRMA NUNEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>JENNIFER DAVENPORT, in her official capacity as Attorney General of the State of New Jersey; LILY LAUX, in her official capacity as Acting Commissioner of the New Jersey Department of Education, JENNIFER HARRIS, in her official capacity as President of the HACKENSACK BOARD OF EDUCATION, MARILYN DUNHAM, in her capacity as President of the BURLINGTON TOWNSHIP BOARD OF EDUCATION, BRENDAN McISAAC, in his official capacity as President of the NORTH HUNTERDON-VORHEES REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, DANIEL MacDONNELL, in his official capacity as President of the BETHLEHEM TOWNSHIP. BOARD OF EDUCATION, and HASANI K. COUNCIL, in his official capacity as President of the NEWARK BOARD OF EDUCATION,<br><br>    Defendants. | Civil No. 3:26-cv-4682 (RK)(JTQ)<br><br><br>**ORDER TO SHOW CAUSE** |

THIS MATTER having been opened to the Court by Order to Show Cause seeking an interlocutory injunction on notice to all defendants: (Matthew J. Lynch, D.A.G., for Jennifer Davenport and Jennifer Harris, in their official capacities); Jeffrey L. Shanaberger, Esq. of Hill Wallack LLP (attorneys for defendants Jennifer Harris, Brendan McIsaac, and Daniel MacDonnell); Frank P. Cavallo, Jr., Esq and Melissa S. Kolaski, Esq. of Parker McCay, P.A. (attorneys for Marilyn Dunham); and Jonathan F Cohen, Esq. of Plosia Cohen LLC (attorneys for Hasani K. Council), and the Court having reviewed the accompanying Declaration of Ronald A. Berutti, Esq., dated August 5, 2025, the Amended Complaint, dated April 30, 2026, and the Brief

in support of the Order to Show Cause, filed on behalf of the plaintiffs Maria Lema, Robert Shull, Christopher Stadulis, Laurie Valenti, and Irma Nunez and any papers filed by or on behalf of defendants, and for good cause shown:

IT IS, on this _____ day of August, 2026

ORDERED that on August ____, 2026, defendants Jennifer Davenport, in her official capacity as Attorney General of the State of New Jersey; Lily Laux, in her official capacity as Acting Commissioner of the New Jersey Department of Education, Jennifer Harris, in her official capacity as President of the Hackensack Board of Education, Marily Dunham, in her capacity as President of the Burlington Township Board of Education, Brendan McIsaac, in his official capacity as President of the North Hunterdon-Vorhees Regional High School District Board of Education, Daniel MacDonnelld, in his official capacity as President of the Bethlehem Township Board of Education, and Hasani K. Council, in his official capacity as President of the Newark Board of Education, shall SHOW CAUSE before Honorable Robert Kirsch, U.S.D.J.at the Clarkson S. Fischer Building & United States Courthouse, 402 E. State Street, Trenton, New Jersey, Courtroom _____ as to WHY an interlocutory injunction should not be entered restraining and enjoining the defendants, or anyone acting under them, from enforcing Board Policy 5756 and/or 5145.7, or to promulgate any policy which accomplishes the same end of not fully informing fit parents and/or legal guardians of a minor child's expressed desire to gender-transition and/or failing to receive fit parents' and/or legal guardians' fully informed consent to the gender-transition their minor child at school and school functions.

PENDING the return date of this Order to Show Cause, DEFENDANTS ARE TEMPORARILY RESTRAINED AND ENJOINED from enforcing Board Policy5756 and 5145.7, or promulgating any policy which accomplishes the same end of not fully informing fit

parents and/or legal guardians of a minor child's expressed desire to gender-transition and/or failing to receive fit parents' and/or legal guardians' fully informed consent to gender-transition their minor child at school and school functions.

IT APPEARING that service of this Order to Show Cause, the Declaration of Ronald A. Berutti with Exhibits, dated August 5, 2026, and the Brief in support thereof on has been made on the attorneys for all defendants, answering papers, if any, shall be filed and served on counsel for the plaintiffs on or before _____, 2026, and reply papers, if any, shall be filed and served on counsel for the defendants on or before _____, 2026.

The temporary restraint provided for herein shall continue until the further Order of this Court for fourteen (14) days, which may be extended by further Order of this Court on good cause shown or with the consent of the defendants.

_____
Honorable Robert Kirsch, J.S.C.