**PARKER McCAY**

**Parker McCay P.A.**
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-1539

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**Frank P. Cavallo, Jr., Esquire**
P:  856-985-4074
F:  856-810-5852
fcavallo@parkermccay.com

August 14, 2026

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & Courthouse
401 East State Street, Courtroom 4E
Trenton, NJ 08608

      **Re:**    **Lema, et al. v. Davenport, et al.**
               **Civil Action No. 3:26-cv-04682 (RK) (JTQ)**

Dear Judge Kirsch:

As you are aware, we represent Defendant, Marilyn Dunham, in her capacity as president of the Burlington Township Board of Education in the above captioned matter. I also write in response to Plaintiffs' application for an Order to Show Cause seeking a temporary restraining order and preliminary injunction (ECF #23). On behalf of my client, we concur with the State Defendants' correspondence filed on August 13, 2026 (ECF #24)

Defendant Dunham agrees with the State Defendants that Plaintiffs have not demonstrated circumstances that justify disposition of their motion on an emergent basis, or through expedited briefing. Plaintiffs do not allege that any of their children presently identify as transgender; have sought to use a different name or pronouns at school; or have otherwise been directly subjected to the policies and practices challenged in this action within the Burlington Township School District. Plaintiffs  have also failed to identify any imminent injuries specific to their children that will occur before the application can be considered and decided through ordinary motion practice.

Accordingly, Defendant Dunham respectfully join the State Defendants' request that Plaintiffs application be  heard  under  normal  motion schedule rather than on an emergent basis. My client intends to submit opposition to the application in accordance with the applicable briefing schedule or subject to any further direction of the Court.

Very truly yours,

*/s/ Frank P. Cavallo, Jr.*
FRANK P. CAVALLO, JR., ESQUIRE

/s/ *Melissa S. Kolaski*
MELISSA S. KOLASKI, ESQUIRE

MSK/ceg
cc:     All Parties via ECF

**COUNSEL WHEN IT MATTERS.**ᴿ

Mount Laurel, New Jersey | Hamilton, New Jersey | Camden, New Jersey