**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MARIA LEMA, ROBERT SHULL, CHRISTOPHER STADULIS, LAURIE VALENTI, IRMA NUNEZ,

Plaintiffs

v.

JENNIFER DAVENPORT, in her official capacity as Attorney General of the State of New Jersey; LILY LAUX, in her official capacity as Acting Commissioner of the NJDOE, JENNIFER HARRIS, in her official capacity as President of the HACKENSACK BOE, MARILYN DUNHAM, in her capacity as President of the BURLINGTON TWP. BOE, BRENDAN McISAAC, in his official capacity as President of the NORTH HUNTERDON VOORHEES REGIONAL H.S. DISTRICT BOE, DANIEL MacDONNELL, in his official capacity as President of the BETHLEHEM TWP. BOE, HASANI K. COUNCIL, in his official capacity as President of the NEWARK BOE,

Defendants

Case No.3:26-cv-04682 (RK)(JTQ)
Hon. Robert Kirsch, U.S.D.J.

**NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned, counsel for Scott Medwin ("Intervenor"), shall move before the Honorable Robert Kirsch, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, to intervene as a Plaintiff in this lawsuit pursuant to Fed. R. Civ. P. 24 and to name GEORGE DOHN, in his official capacity as President of the Central Regional School District, as a Defendant. In support of this motion, Intervenor submits a Memorandum of Law in Support of the Motion to Intervene, a proposed Intervenor complaint, and a proposed order.

PLEASE TAKE FURTHER NOTICE that Oral Argument is requested in the event opposition is filed pursuant to Local Rule 78.1(b); and

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.1(e) a proposed form Order is submitted herewith.

WHEREFORE, the moving Intervenor respectfully requests that this Court allow the Intervenor to intervene, grant him and the proposed Intervened Defendant GEORGE DOHN, in his official capacity as President of the Central Regional School District, full party status in this litigation, and order such further relief as is just and equitable.

Respectfully Submitted,

/s/Karyn L. White

Date: August 20, 2026

Karyn L. White, Esq.
Pacific Justice Institute
Pennsylvania/New Jersey Office
P.O. Box 276600
Sacramento, CA 95827
tel. (916) 857-6900
Bar #289922019
kwhite@pji.org
Attorney for Movant-Intervenor